1 | Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
2 | Judith A. Zahid (215418)
Patrick B. Clayton (240191)
3 | Qianwei Fu (242669)
Heather T. Rankie (268002)
4 | ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
5 | San Francisco, CA  94104
Telephone:  (415) 693-0700
6 | Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
8 | Theresa D. Moore (99978)
ALIOTO LAW FIRM
9 | 225 Bush Street, 16th Floor
San Francisco, CA 94104
10 | Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
11 | *josephalioto@mac.com*

12 | *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] ORDER APPROVING REVISED FORMS OF NOTICE AND RESETTING DATE FOR FAIRNESS HEARING<br><br>The Honorable Susan Illston |

The Indirect-Purchaser Plaintiffs have requested approval of revised forms of notice in connection with the Court's Order Granting Preliminary Approval of Combined Class, *Parens Patriae*, and Governmental Entity Settlements (Dkt. # 4688, the "Preliminary Approval Order"), to conform to the Court's Order Granting Defendants' Motion to Alter or Amend the Indirect Purchaser Classes (Dkt. # 4684, filed Jan. 26, 2012).

The Court, having reviewed the revised forms of notice and the record on file in this action, approves the revised short-form and long-form notices.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the short-form and long-form notices attached to the Indirect-Purchaser Plaintiffs' Request for Approval of Revised Forms of Notice are substituted for the forms of notice attached to the Court's Preliminary Approval Order. All other provisions of the Preliminary Approval Order relating to the dissemination of notice remain in effect.

The Indirect-Purchaser Plaintiffs have also requested that the date for the hearing on final approval of the settlements (the "Fairness Hearing") be reset to May 14, 2012 at 4:00 p.m. or a later date in order to allow sufficient time for the parties to meet the deadlines imposed by the settlements regarding opt-outs, as well as to allow sufficient time to meet the briefing deadlines imposed by the Preliminary Approval Order.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the date for the Fairness Hearing is reset to ___May 18, 2012 at 9 a.m.___.

**IT IS SO ORDERED.**

Dated: _____2/2/12_____

_____
The Honorable Susan Illston,
United States District Judge

3226956v2

---

[PROPOSED] ORDER APPROVING REVISED FORMS OF NOTICE AND RESETTING DATE FOR FAIRNESS HEARING – CASE NO. 3:07-MD-1827 SI